Mark Garnes v. City of New York and
New York City Highway Patrolman Nikodemus Petrone, Shield # 9873
22-CV-1769 (ER)

UNITED STATES DISTRICT COURT

SOUTERN DISTRICT OF NEW YORK

---------------------------------------------------X

Mark Garnes,                            :

            Plaintiff,         :

                                                          AFFIRMATION OF SERVICE
                                :                  Docket No. 22-CV-1769 (ER)

    -against-

                                :

City of New York and New York       :
City Highway Patrolman Nicodemus
Petrone, Shield No. 9873,                 :
             Defendants.
---------------------------------------------------X

I, Mark Garnes, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that I hand-delivered the original of **PLAINTIFF'S INTERROGATORIES,** to the Clerk of the Court, as well Plaintiff's copy stamped as "RECEIVED" by the Clerk of the Court, Southern District of New York, 40 Foley Square, New York, New York 10007 on August 25th,, 2022. An additional copy of said documents mailed to Defendant's counsel of record, Michael Pesin-Virovets, at 100 Church Street, New York, New York 10007

**DATED:** August 25th, 2022
Brooklyn, New York

                                                            Mark Garnes-Pro Se
                                                            1205 Atlantic Ave., Unit 363
                                                            Brooklyn, New York 11216