Case 1:22-cv-01769-ER   Document 30   Filed 03/12/23   Page 1 of 5
Mark Garnes v. City of New York and
New York City Highway Patrolman Nicodemus Petrone, Shield # 9873  22-CV-1769 (ER)

UNITED STATES DISTRICT COURT

SOUTERN DISTRICT OF NEW YORK

_____X

Mark Garnes,                                         :

                Plaintiff,                    :

                                               :   Docket No. 22-CV-1769(ER)

   -against-                                     :

                                               :

City of New York, New York City            :
Highway Patrolman Nicodemus
Petrone, Shield No. 9873                        :
                Defendants.
                                               :
_____X

# MEMO ENDORSED

**Docket No. 22-CV-1769(ER)**

The March 17, 2023, pre-motion conference will go forward as scheduled. Plaintiff Garnes is directed to appear at the telephonic conference. Garnes is advised that he will have an opportunity to thoroughly respond to any motion to dismiss filed by Defendants. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: March 12, 2023
New York, New York

**Motion for Extension of Time
To Answer/Reply To Defendants Letter Motion To Dismiss**

**COMES NOW**, Mark Garnes, Pro Se, pursuant to Rules 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for an **Order for an Extension of Time** to Answer/Reply to Defendants' Letter Motion to Dismiss, dated March 2nd, 2023. To which, respectfully, this request for an extension of time being 60 Days, enabling Plaintiff to fully effectuate the answer/reply due to the complexity of Defendants' Letter Motion reasons for dismissal. Hereto, Plaintiff being a Pro Se Litigant posits Plaintiff to be held at less stringent circumstances oppose to a licensed, practicing attorney of the New York State Bar Association.

For the reasons set forth here, Plaintiff prays the Honorable Court grant the Motion for an Extension of Time accordingly, pursuant to Rule 7(a) of the Federal Rules of Civil Procedures accordingly.

Respectfully submitted,

_____
Mark Garnes – Pro Se
P.O. Box 160363
Brooklyn, New York
        11216

DATED: March 6th, 2023

_____X

Mark Garnes,                                         :

            Plaintiff,                   :

                                          :        **Affirmation of Service**

    -against-                                        **Docket No. 22-CV-1769(ER)**

                                          :

                                          :

City of New York, New York City               :
Highway Patrolman Nicodemus
Petrone, Shield No. 9873                        :

            Defendants.

_____X

I, Mark Garnes, Pro Se, declares under Penalty of Perjury pursuant to 28 U.S.C. § 1746 that I have mailed via United States Mail the Motion for an Extension of Time to the Clerk of the Court for the Southern District of New York. Such motion mailed to the Clerk of the Court, 500 Pearl Street, New York, New York 10007 on March 6th, 2023. Therewith same forward to Michael Pesin-Virovets, New York City Law Department, 100 Church Street, 2nd Floor, New York, N.Y. 10007

Respectfully,

*[signature]*

Mark Garnes – Pro Se                                              DATED: March 6th, 2023
P.O. Box 160363
Brooklyn, New York    11216

Case 1:22-cv-01769-ER   Document 30   Filed 03/12/23   Page 4 of 5
Mark Garnes v. City of New York and
New York City Highway Patrolman Nicodemus Petrone, Shield # 9873  22-CV-1769 (ER)

```
_____X
Mark Garnes,                    :
                  Plaintiff,    :
                                :      **Affirmation of Service**
    -against-                   :      **Docket No. 22-CV-1769(ER)**
                                :
                                :
City of New York, New York City :
Highway Patrolman Nicodemus     :
Petrone, Shield No. 9873        :
                  Defendants.
_____X
```

I, Mark Garnes, Pro Se, declares under Penalty of Perjury pursuant to 28 U.S.C. § 1746 that I have mailed via United States Mail the Motion for an Extension of Time to the Clerk of the Court for the Southern District of New York. Such motion mailed to the Clerk of the Court, 500 Pearl Street, New York, New York 10007 on March 6th, 2023. Therewith same forward to Michael Pesin-Virovets, New York City Law Department, 100 Church Street, 2nd Floor, New York, N.Y. 10007

Respectfully,

*[signature]*

Mark Garnes – Pro Se                               DATED: March 6th, 2023
P.O. Box 160363
Brooklyn, New York    11216



Mark Carnes
1205 Atlantic Ave #363
Bklyn, NY, 11216

RECEIVED
MAR 09 2023
PRO SE OFFICE
SDNY

Pro Se

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY, 10007

NEW YORK NY 100
7 MAR 2023 PM 10 L