UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. GARNES,

                Plaintiff,

– against –

CITY OF NEW YORK *and* HIGHWAY PATROLMAN NIKODOMUS PETRONE,

                Defendants.

**ORDER**

22-cv-1769 (ER)

RAMOS, D.J.:

    Given several discovery delays, the status conference scheduled for Friday, April 14, 2023, at 11:00 a.m. is adjourned.  As instructed at the March 17, 2023, conference, the parties are directed to submit a joint revised case management plan, with all discovery to be completed by Friday, August 11, 2023.  The Court will hold the next telephonic case management conference on August 16, 2023, at 3:30 p.m.  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

It is SO ORDERED.

Dated:    April 12, 2023
            New York, New York

                                            EDGARDO RAMOS, U.S.D.J.